INTERNATIONAL ASSOCIATION OF FIREFIGHTERS, LOCAL 788 AFL-CIO v. PUBLIC EMPLOYMENT RELATIONS COMMISSION. *ET AL.*

September 21, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. EDGAR KELLY.

September 21, 1972. Petition for certification denied.

CHARLOTTE L. TAYLOR v.
RICHARD J. SULLIVAN, IND. *ET AL.*

September 21, 1972. Petition for certification denied.

STATE OF NEW JERSEY v.
ROBERT MILLER STREATER, JR.

September 21, 1972. Petition for certification denied.

BERNARR MAC FADDEN FOUNDATION, INC., v.
MARK BARIS, *ET AL.*

September 21, 1972. Petition for certification denied.

WAYNE SAVINGS & LOAN ASSN. v. WASONS REALTY CORP., *ET AL.*

September 21, 1972. Petition for certification denied.